# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **SCOTT H. RICHARDSON,** | : | **Case No. 08CV1077** |
| **DIRECTOR OF SOUTH CAROLINA** | | |
| **DEPARTMENT OF INSURANCE AS** | | |
| **RECEIVER FOR CAPITAL** | | |
| **ASSURANCE RISK RETENTION** | | |
| **GROUP,** | | |
| **Plaintiff,** | : | |
| | : | **JUDGE KATHLEEN O'MALLEY** |
| **v.** | : | |
| **THE ULTIMATE WARRANTY** | : | <u>**ORDER**</u> |
| **CORP., ET AL.,** | | |
| **Defendants.** | : | |

This matter arises on the Plaintiff/Receiver's Motion by Receiver for Approval of Claims Procedure.  (Doc. 42.)  The Receiver's motion, and the memorandum in support thereof, asks the Court to approve the claims procedure described in Exhibit A to the motion.  (*Id.*)  This motion is unopposed, and the time for filing a response has expired.

Upon full consideration of the motion, the claims procedure described in Exhibit A, and the forms attached to Exhibit A as Exhibits 1 and 2, the Court finds that the claims procedure proposed by the Receiver is fair and equitable.  Accordingly, for the reasons explained in the memorandum in support of the motion, the Court **APPROVES** the claims procedure as proposed and **GRANTS** the Motion by Receiver for Approval of Claims Procedure (Doc. 42).

**IT IS SO ORDERED.**

<u>s/Kathleen M. O'Malley</u>
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: March 5, 2010**